FILED
MAR - 2 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

RECEIVED
MAR 02 2017
BY MAIL

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN ~~WESTERN~~ DISTRICT OF MISSOURI

Jason Christopher Richter 1171187 )
(full name)                (Register No.)  )
_____ )
_____ )
             Plaintiff(s).         )         **4:17CV00825 CDP**
                                   )
                                   )
v.                                 )
                                   )
                                   )
St. Louis City ~~Jails~~ Jail (MSI) Workhouse )   Defendants are sued in their (check one):
(Full name)                        )         ____ Individual Capacity
_____ )         ____ Official Capacity
_____ )          X   Both
             Defendant(s).

**COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983**

I.  Place of present confinement of plaintiff(s): OZARK COMMUNITY CORRECTIONS (O.C.C.) 1 year LONG TERM TREATMENT

II. Parties to this civil action:
    Please give your commitment name and any another name(s) you have used while incarcerated.

    A. Plaintiff  Jason Richter           Register No. 1171187
       Address    929 Honor Camp LN (O.C.C.)
                  Fordland MO 65652

    B. Defendant St. Louis City Jails / MSI - Workhouse
       200 N. Tucker & 7600 Hall St St. Louis MO 63102
       Is employed as holding Center for Missouri ~~Circuit~~ Circuit
       Court Twenty-Second Judicial Circuit

    For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment?    Yes ✓   No ___

IV. Do you request a jury trial?    Yes ✓   No ___

V. Do you request money damages?    Yes ✓   No ___

   State the amount claimed?    $100,000.00 ___ (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur?  Yes ✓  No ___

VII. Grievance procedures:

   A. Does your institution have an administrative or grievance procedure?
       Yes ✓   No ___

   B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?    Yes ✓   No ___

   C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

   _____
   _____
   _____

   D. If you have not filed a grievance, state the reasons.
   I requested medical treatment on several ocassains and MSI denied receauins and thing from me and finaly after a peaceful protest I was X-rayed and given ~~protected~~ partail treatment.

VIII. Previous civil actions:

   A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?    Yes ___   No X

   B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?    Yes ___   No X

   C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

   (1) Style: _____N/A_____
              (Plaintiff)      N/A  (Defendant)
   (2) Date filed: _____N/A_____

2

(3) Court where filed: _N/A_

(4) Case Number and citation: _N/A_

(5) Basic claim made: _N/A_ ~~Deliberate indifference to medical~~ needs.

(6) Date of disposition: _N/A_

(7) Disposition: _N/A_
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _N/A_
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

I was injured in MSI (ST. Louis City Workhouse) I Broke my foot due to defective shoes by slipping and falling down a flight of steps. I asked for help and was denied and ended up having to reset the bone in my foot By My self. I finaly after walking By ~~some~~ being forced and made to walk on my foot to medical because I told them It hurt too bad to walk. I limped to medical and had to lay on the floor refusing to walk while holding my BIBLE to show I was peaceful and after I was threatened ~~threatened~~ I was given X-rays and My foot was confirmed BROKEN (see enclosed court order) (seed X-RAY Report)

B. State briefly your legal theory or cite appropriate authority:

I could not get ~~any~~ proper treatment from the St. Louis city Workhouse they treated me with An Attitude of racism and hostility and even placed me in Segregation to keep me from contacting My family about their ~~neglect~~ Neglegence, poor conditions and lack of ~~concern~~ dis-regard for my pain and suffering. I finaly had to get a Court ORDER from my Judge and it was even ignored. I was sent to E.R.D.CC. ~~instat~~ instead of ST. Louis City Corrections Abidems By the Court order.

3

X.  Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
I WANT FINANCIAL COMPINSATON for being mis-treated, pain and ~~suffering~~ SUFFERING and violation of the COURT ORDER.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. _____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes ____   No X

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
_____
_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes ____   No X

If your answer is "Yes," state the name and address of the lawyer.
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this __27__ day of __Feb__ 20_17_.

__Jason Richter__
Signature(s) of Plaintiff(s)

#1171187 O.C.C.

Fordland MO 65652